IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| AGNES HOLBROOK, | ) | |
|     Petitioner, | ) | Civil Action No. 7:12-cv-00368 |
| | ) | |
| v. | ) | MEMORANDUM OPINION |
| | ) | |
| JUDGE STURGILL, | ) | By: Norman K. Moon |
|     Respondent. | ) | United States District Judge |

    Petitioner Agnes Holbrook, proceeding *pro se*, filed this petition for writ of *error coram nobis* challenging a 1989 conviction in the Wise County Juvenile and Domestic Relations Court. However, the writ of *error coram nobis* may not be used to set aside a state conviction. See, e.g., In re Egan, 339 F. App'x 314, 315 (4th Cir. 2009); Finkelstein v. Spitzer, 455 F.3d 131, 134 (2d Cir. 2006); Obado v. New Jersey, 328 F.3d 716, 718 (3d Cir. 2003); Lowery v. McCaughtry, 954 F.2d 422, 423 (7th Cir. 1992); Sinclair v. Louisiana, 679 F.2d 513, 514 (5th Cir. 1982); Rivenburgh v. Utah, 299 F.2d 842, 843 (10th Cir. 1962). Accordingly, the court finds no ground upon which to grant Holbrook's petition and, therefore, dismisses this action.

    The Clerk is directed to send a certified copy of this order to petitioner.

    **ENTER**: This 10th day of August, 2012.

                                                                   */s/ Norman K. Moon*
                                                                   NORMAN K. MOON
                                                                   UNITED STATES DISTRICT JUDGE