**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **AGNES HOLBROOK,** | ) | |
|     Petitioner, | ) | Civil Action No. 7:12-cv-00368 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **JUDGE STURGILL,** | ) | By: Norman K. Moon |
|     Respondent. | ) | United States District Judge |

    In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that this case is **DISMISSED** and this case is **STRICKEN** from the active docket of the court.

    The Clerk is directed to send a certified copy of this order to petitioner.

    **ENTER**: This 10th day of August, 2012.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE